**E-Filed 9/8/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RAMON GAMA PUGA,<br><br>            Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.,<br><br>            Respondents. | Case Number C-05-3607-JF<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL<br><br>[Doc. No. 2] |

On September 7, 2005, Petitioner Ramon Gama Puga ("Puga") filed a petition for writ of habeas corpus and an emergency motion to stay removal from the United States. Puga was scheduled to be removed at 7:00 p.m. on the evening of September 7, 2005. At the Court's request, Respondents have agreed to a voluntary stay of Puga's removal until September 30, 2005 so that the Court may address Puga's motion for stay in an orderly fashion.[1] The Court therefore sets the following briefing schedule:

---

[1] The Court greatly appreciates the cooperation of Respondents and the United States Attorney's Office in agreeing to a voluntary stay of removal.

Case No. C-05-3607-JF
ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL
(JFLC2)

Dockets.Justia.com

Respondents shall file any opposition to Puga's motion for stay by 5:00 p.m. on September 20, 2005. Such opposition shall address this Court's jurisdiction to grant Puga relief.

Petitioner shall file any reply by 5:00 p.m. September 23, 2005.

The Court will notify the parties if oral argument is requested.

IT IS SO ORDERED.

DATED: 9/8/05

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

3 | Counsel for Petitioner:

4 | James Todd Bennett    bennettjt13@hotmail.com
                         fax number 510-288-1305

6 | Counsel for Respondents:

7 | Edward Olsen    fax number 415-436-7169