**E-Filed 9/8/05**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RAMON GAMA PUGA,<br><br>                    Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.,<br><br>                    Respondents. | Case Number C-05-3607-JF<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL<br><br>[Doc. No. 2] |

On September 7, 2005, Petitioner Ramon Gama Puga ("Puga") filed a petition for writ of habeas corpus and an emergency motion to stay removal from the United States. Puga was scheduled to be removed at 7:00 p.m. on the evening of September 7, 2005. At the Court's request, Respondents have agreed to a voluntary stay of Puga's removal until September 30, 2005 so that the Court may address Puga's motion for stay in an orderly fashion.[1] The Court therefore sets the following briefing schedule:

---

[1] The Court greatly appreciates the cooperation of Respondents and the United States Attorney's Office in agreeing to a voluntary stay of removal.

Case No. C-05-3607-JF
ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL
(JFLC2)

1   Respondents shall file any opposition to Puga's motion for stay by 5:00 p.m. on
2   September 20, 2005.  Such opposition shall address this Court's jurisdiction to grant Puga relief.
3   Petitioner shall file any reply by 5:00 p.m. September 23, 2005.
4   The Court will notify the parties if oral argument is requested.
5   IT IS SO ORDERED.

8   DATED:  9/8/05

                                                            /s/ electronic signature authorized
                                                            _____
                                                            JEREMY FOGEL
                                                           United States District Judge

Case No. C-05-3607-JF
ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL
(JFLC2)

1  Copies of Order served on:

2

3  <u>Counsel for Petitioner</u>:

4  James Todd Bennett    bennettjt13@hotmail.com
                        fax number 510-288-1305
5

6  <u>Counsel for Respondents</u>:

7  Edward Olsen          fax number 415-436-7169

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C-05-3607-JF
ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR STAY OF REMOVAL
(JFLC2)