JAMES TODD BENNETT
Attorney at Law
P. O. Box 742
El Cerrito, CA 94530
Telephone: (510) 232-6559
California State Bar No. 113009

**E-Filed 9/27/05**

Attorney for Respondent
RAMON GAMA PUGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>**RAMON GAMA PUGA**,<br><br>　　　　Petitioners,<br><br>v.<br><br>**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, **CHARLES DeMORE**, District Director, Immigration and Customs Enforcement, **NANCY ALCANTAR**, Field Office Director, Immigration and Customs Enforcement, and **ALBERTO GONZALEZ**, Attorney General of the United States,<br><br>　　　　Respondents,<br>_____/ | CASE NO. C05-3607 RMW<br><br>ORDER GRANTING UNOPPOSED APPLIC. FOR MODIFICATION OF BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE REPLY<br><br>[Alien Registration Nos. A95 402 525]<br><br>Judge: Hon. Jeremy Fogel |

　　Ramon Gama Puga, petitioner herein, hereby respectfully moves the United States District Court for an order modifying the Order Setting Briefing Schedule on Petitioner's Motion for Stay of Removal filed on or about September 8, 2005 and for an extension of time to file the petitioner's reply to respondent's Opposition to the Petitioner's Motion for a Stay of Removal, filed on or about

1

September 20, 2005, from the present due date of Friday, September 23, 2005 to the next business day, Monday, September 26, 2005.

No prior briefing modification or extension has been requested in this action.

Counsel for petitioner has conferred with counsel of record for respondents, Edward Olsen, Assistant United States Attorney, United States Attorney's Office, by telephone on Friday, September 23, 2003, when the necessity of this application became apparent. Mr. Olsen stated that he does not oppose the present application.

The reason for this application is as follows:

1. Counsel for petitioner is a sole practitioner without full time staff, is computer illiterate and relies on independent contractors to input documents and e-file them when necessary. The present action is subject to an e-filing order.

2. Counsel has retained John David Tong, an independent contract computer operator in the present action for preparation and filing of documents.

3. Mr. Tong is presently in Los Angeles, California, working on a project for another client. On or about the late morning of Friday, September 23, 2005, Mr. Tong advised counsel that the demands of his ongoing Los Angeles project would preclude the inputting and completion of the opposition in this matter by close of business. He has indicated that he will be available to do so on Monday, September 26, 2005, at which time he will be in his office in the San Francisco Bay Area in time for e-filing by 5:00

o'clock p.m.

4. As indicated, counsel for respondents does not oppose this application.

This application is based on this written notice, all of the papers and pleadings on file herein and other such oral and documentary evidence as the United States District Judge may consider.

Wherefore, it is respectfully requested that the modification and extension of time requested herein be granted.

Dated: <u>September 23, 2005</u>

                _____
                JAMES TODD BENNETT
                Attorney for the Respondent
                RAMON GAMA PUGA

3

**PROPOSED ORDER**

Upon reviewing the petitioners' unopposed ex parte application for modification of order setting briefing schedule on motion for stay and extension of time to file the reply and good cause having been shown:

IT IS HEREBY ORDERED that the application be granted and petitioners shall file their reply on Monday, September 26, 2005.

Dated: 9/27/05        /s/electronic signature authorized
                      Honorable Jeremy Fogel
                      United States District Judge

4

**PROOF OF SERVICE**

I, JAMES TODD BENNETT, hereby declare that I am over the age of eighteen, not a party to the within action and am a citizen of the United States of America. My business address is P.O. Box 742, El Cerrito, CA 94530.

On <u>September 23</u>, 2005, I served the within:

**UNOPPOSED EX PARTE APPLICATION FOR MODIFICATION OF BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE REPLY; PROPOSED ORDER**

ON

          Edward Olsen, Attorney
          U.S. Attorneys Office
  450 Golden Gate Avenue, 10th Floor
     San Francisco, California 94102

by personally delivering true and correct copies thereof to the above addresses.

I declare under penalty of perjury under the laws of the state of California that the foregoing declaration is true and correct. Executed on <u>September 23</u>, 2005 at <u>San Francisco</u>, California.

                                             _____
                                             JAMES TODD BENNETT